**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-11291** |
| **Marcus A Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| **Shanyel Little AKA Gibson-Little** : | * * * * * * * * * * * * * * * * * * |
| **Shanyel Little** | |
| : | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2019-E,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | _____ |
| **2019-E, by U.S. Bank National** : | |
| **Association, as Indenture Trustee** : | **Place of Hearing** |
| **Movant,** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #2** |
| **vs** : | **Philadelphia, PA, 19107** |
| : | |
| **Marcus A Little** : | |
| **Marcus A. Little** | **Related Document #** |
| **Shanyel Little AKA Gibson-Little** | |
| **Shanyel Little** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                  Respectfully submitted,

                                                  /s/ Karina Velter
                                                  Karina Velter, Esquire (94781)
                                                  Adam B. Hall (323867)
                                                  Sarah E. Barngrover (323972)
                                                  Manley Deas Kochalski LLC
                                                  P.O. Box 165028
                                                  Columbus, OH  43216-5028

20-010440_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010440_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.:** 20-11291 |
| **Marcus A Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| **Shanyel Little AKA Gibson-Little** : | * * * * * * * * * * * * * * * * * * |
| **Shanyel Little** | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2019-E,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | _____ |
| **2019-E, by U.S. Bank National** : | |
| **Association, as Indenture Trustee** : | **Place of Hearing** |
| **Movant,** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #2** |
| **vs** : | **Philadelphia, PA, 19107** |
| : | |
| **Marcus A Little** : | |
| **Marcus A. Little** | **Related Document #** |
| **Shanyel Little AKA Gibson-Little** | |
| **Shanyel Little** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Marcus A Little and Marcus A. Little and Shanyel Little AKA Gibson-Little and Shanyel Little, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

20-010440_PS

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE  19709

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, New Castle, DE  19709

Marcus A Little, Marcus A. Little, Shanyel Little AKA Gibson-Little and Shanyel Little, 3059 N Bambrey St, Philadelphia, PA  19132-1302

/s/ Karina Velter

20-010440_PS