**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marcus A. Little                                                    CHAPTER 13
      Shanyel Little
      aka Gibson-Little                                                BKY. NO. 20-11291 MDC
                        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                 Respectfully submitted,
                              **/s/ Rebecca A. Solarz Esquire**
                              Rebecca A Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322