**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-11291** |
| **Marcus A Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| **Shanyel Little AKA  Gibson-Little** : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Shanyel Little** | |
| | |
| **Debtor(s)** | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | _____ |
| **Movant,** : | |
| : | **Place of Hearing** |
| **vs** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #2** |
| **Marcus A Little** : | **Philadelphia, PA, 19107** |
| **Marcus A. Little** : | |
| **Shanyel Little AKA  Gibson-Little** : | |
| **Shanyel Little** | **Related Document #** |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A.,

d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

20-010723_PS

The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

20-010723_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 20-11291** |
| **Marcus A Little** | **:** | **Chapter 13** |
| **Marcus A. Little** | **:** | **Judge Magdeline D. Coleman** |
| **Shanyel Little AKA  Gibson-Little** | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Shanyel Little** | | |
| | | |
| **Debtor(s)** | | |
| | **:** | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | **:** | **Date and Time of Hearing** |
| **Fargo Auto** | **:** | _____ |
| **Movant,** | **:** | |
| | **:** | **Place of Hearing** |
| vs | **:** | **U.S. Bankruptcy Court** |
| | **:** | **900 Market Street, Courtroom #2** |
| **Marcus A Little** | **:** | **Philadelphia, PA, 19107** |
| **Marcus A. Little** | **:** | |
| **Shanyel Little AKA  Gibson-Little** | **:** | |
| **Shanyel Little** | | **Related Document #** |
| | | |
| **William C. Miller** | | |
| **Respondents.** | | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and

Request for Notices was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Marcus A Little and Marcus A. Little and Shanyel Little AKA
Gibson-Little and Shanyel Little, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

20-010723_PS

Marcus A Little and Shanyel Little AKA  Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE  19709

Marcus A Little and Shanyel Little AKA  Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, New Castle, DE  19709

/s/ Karina Velter

20-010723_PS