**Fill in this information to identify the case**

**Debtor 1** Marcus A Little

**Debtor 2** Marcus A. Little
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** **EASTERN** District of **PA**
**(State)**

**Case number** 20-11291

# Official Form 410S1
## Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor** | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee | **Court claim no.** (if known) |
| **Last four digits** of any number you use to identify the debtor's account: | 7-584 | **Date of payment change** Must be at least 21 days after date of this notice    5/25/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any    $395.67 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $0.00    New escrow payment:    $0.00

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    4.99%    New interest rate:    4.49%

   Current principal and interest payment:  $386.47    New principal and interest payment:  $395.67

### Part 3: Other Payment Change

20-010440_JDD1

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

20-010440_JDD1

Debtor 1 __Marcus A Little__    Case number (if known) 20-11291
     First Name   Middle Name   Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.
- ☐ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**x** /s/ Karina Velter    Date April 21, 2020
Signature

Print:    Karina Velter    Title  Attorneys for Creditor

Company    Manley Deas Kochalski LLC

Address    P.O. Box 165028
    Number   Street

    Columbus, OH  43216-5028
    City   State   ZIP Code

Contact phone   614-220-5611    Email   amps@manleydeas.com

**GREGORY FUNDING**
PO BOX 25430
Portland, OR 97298

www.GregoryFunding.com
Contact: 866-712-5698
Hours of Operation Monday – Friday
6:30am - 6:00pm Pacific Time
Payment Address: Gregory Funding
PO Box 742334
Los Angeles, CA 90074-2334
Fax: 866-712-5697

Marcus Little
604 Wellfleet Dr
Middletown, DE 19709-9231

03/19/2020
Account Redacted

### Changes to Your Mortgage Interest Rate and Payments on 05/25/2020

Under the term of your Adjustable-Rate Mortgage (ARM), you had a **1-month** period which your interest rate stayed the same. That period ends on **04/25/2020**, so on that date your interest rate and mortgage payment change. After that, your rate may change every **1** months(s) for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.990% | 4.490% |
| **Total Monthly Payment** | $386.47 | $395.67 (due 05/25/2020) |

**Interest Rate**: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the **WSJ Prime Rate** and your margin is **0.240%**. The **WSJ Prime Rate** is published **daily** in the **Wall Street Journal**.

**Rate Limits**: Your rate cannot go higher than **18.000%** over the life of the loan.

**New Interest Rate and Monthly Payments**: The table above shows your new interest rate and new monthly payment. Your new payment is based on the **WSJ Prime Rate,** your margin, your loan balance of **$34,170.77 (which is your Principal balance stated under the assumption that all installments which have come due have been paid)**, and your remaining loan term of **141** months.

The following disclosure may materially affect the meaning of this notice:
If your loan is not current, the new rate and/or payment will become effective only after all past due payments are made. In addition, pending Escrow payment changes may not be reflected in the above payment amount. You should contact Customer Service at (866) 712-5698 if you have any questions about when this change will be effective. This Notice reflects the terms of your note. It is not a modification or an offer of a modification.

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.

V 2.0 01/24/2018 LTR141

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## PROJECTIONS FOR COMING YEAR

**COMPANY**
Gregory Funding
P. O. Box 25430
Portland OR 97298
(866) 712-5698

**ACCOUNT NO.** Redacted
**STATEMENT DATE** 4/8/2020

**NEW PAYMENT INFORMATION**

*If you have already received your monthly billing statement, please adjust your bill to reflect the new payment amount reflected on this statement.*

| | |
|---|---|
| Principal and Interest | $366.73 |
| Escrow Payment | $18.28 |
| Shortage/Surplus Deficiency | $10.66 |
| Other | $0.00 |
| **Payment Amount** | **$395.67** |
| **Effective Date** | 6/25/2020 |

**BORROWER**
Marcus Little
604 Wellfleet Dr
Middletown DE 19709-9231

Gregory Funding analyzes your escrow account annually, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account projection below, is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account. If you have any questions, you may call our loan servicing department at (866) 712-5698. Please, give your account number when making inquiries by telephone or in writing. We urge you to keep this statement with your loan records for comparison with the actual activity in your account at the end of the escrow accounting computation year.

### ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR

| Month-Year | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance Projected | Escrow Account Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $0.00 | $36.56 |
| Jun-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Jul-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Aug-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Sep-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Oct-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Nov-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Dec-2020 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Jan-2021 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Feb-2021 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Mar-2021 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| Apr-2021 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |
| May-2021 | $18.28 | $18.28 | Force Placed Insurance - Hazard | $0.00 | $36.56 |

Your ending balance from the last month of the account history is ($127.96). Your starting balance according to this analysis should be $36.56.

This means you have a post petition deficiency of $127.96. This deficiency may be collected from you over a period of 2 months or more unless the deficiency is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

After considering the deficiency, you still have a remaining shortage of $36.56. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have elected to include this amount in the arrears of the proof of claim that lender will file with the bankruptcy court.

Your 6/25/2020 mortgage payment will be $395.67 of which $366.73 will be for principal and interest and $28.94 will go into your escrow account.

**ESCROW PAYMENT HISTORY**
**GREGORY FUNDING SERVICING ACCOUNT**
Redacted    MARCUS LITTLE (BORROWER)

**Your Monthly Mortgage Payment was $386.47of which $386.47 was for principal and interest and $0.00 went into your escrow account.**

| Date | Reference | From Whom Received / Paid | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|
| 03/20/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $18.28 | | ($18.28) |
| 03/20/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $18.28 | | ($36.56) |
| 03/20/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $18.28 | | ($54.84) |
| 03/20/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $18.28 | | ($73.12) |
| 03/20/20 | INSHAZ | Gregory Funding LLC | Southwest Business Corporation (SWBC)- | $18.28 | | ($91.40) |
| 04/01/20 | | | Force Placed Insurance - Hazard | $18.28 | | ($109.68) |
| 05/01/20 | | | Force Placed Insurance - Hazard | $18.28 | | ($127.96) |

**Bankruptcy Disclosure**

Under the Fair Debt Collection Practices Act, this is an attempt to collect a debt and any information obtained will be used for that purpose.  However, in the event you have been discharged pursuant to or are under the protection of federal bankruptcy law, this letter is not an attempt to collect the debt against you personally.

If this Escrow Analysis indicates that there is a surplus, it may not mean that you are enititled to receive a return of that surplus.  This analysis was calculated based on an assumption that the account is current according to the terms of the Note and Mortgage/Deed of Trust.  If the account is behind, in default, or in bankruptcy, this analysis may not reflect the current state of the account or the terms of a bankruptcy plan.  If there are enough funds in the escrow account and the surplus is $50 or greater, that surplus will be mailed to you within 30 days, provided the account is current under the terms of the Note and Mortgage/Deed of Trust.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

*V 1.0 04/07/2016 ENC016*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11291 |
| **Marcus A. Little** | : Chapter 13 |
| **Shanyel Little AKA Gibson-Little** | : Judge Magdeline D. Coleman |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brad J. Sadek, Attorney for Marcus A. Little and Shanyel Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 21, 2020:

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA 19132

Marcus A. Little and Shanyel Little, 604 Wellfleet Drive, Middletown, DE 19709

Marcus A. Little and Shanyel Little, 604 Wellfleet Drive, New Castle, DE 19709

Marcus A Little, Marcus A. Little, Shanyel Little AKA Gibson-Little and Shanyel Little, 3059 N Bambrey St., Philadelphia, PA 19132-1302

DATE: April 21, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

20-010440_JDD1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010440_JDD1