## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11291 |
| **Marcus A Little** | : Chapter 13 |
| **Shanyel Little AKA Gibson-Little** | : Judge Magdeline D. Coleman |
| **Debtor(s)** | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |

### OBJECTION OF WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO CONFIRMATION OF THE PLAN (DOCKET NUMBER 9)

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed Chapter 13 Plan ("Plan") filed by Marcus A. Little and Shanyel Little AKA Gibson-Little (collectively, "Debtor") as follows:

1. Creditor holds a security interest secured by a lien on Debtor's personal property commonly known as a 2008 Buick Lacrosse with the Vehicle Identification Number 2G4WD582381150794 ("Property").

2. Creditor has filed Proof of Claim number 7 in the amount of $4,041.46.

3. Debtor's Plan seeks to improperly cramdown Creditor's lien to a secured value of $1,000.00 at an interest rate of 5.25%.

4. As of the bankruptcy petition filing date, Creditor believes the Property had a value of $5,225.00.

5. Pursuant to 11 U.S.C. §506, Creditor is entitled to a secured claim based on the replacement value of the property on the date the bankruptcy was filed. Creditor requests an opportunity to conduct a full appraisal of the Property.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

20-010723_JDD1

Respectfully submitted,

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010723_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 20-11291** |
| **Marcus A Little** | : **Chapter 13** |
| **Shanyel Little AKA Gibson-Little** | : **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to the Confirmation of the Original Plan was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brad J. Sadek, Attorney for Marcus A Little and Shanyel Little AKA Gibson-Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April ___, 2020:

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA 19132

Marcus A. Little and Shanyel Little, 604 Wellfleet Drive, Middletown, DE 19709

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA 19132

Marcus A. Little and Shanyel Little, 604 Wellfleet Drive, New Castle, DE 19709

DATE: April 22, 2020

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028

20-010723_JDD1

              Columbus, OH  43216-5028
              Telephone: 614-220-5611
              Fax: 614-627-8181
              Attorneys for Creditor
              The case attorney for this file is Karina
              Velter.
              Contact email is kvelter@manleydeas.com

20-010723_JDD1