| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Marcus A Little | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Shanyel Little | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number | 20-11291 | |
| (if known) | | |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.1 | **Bank of America** | Describe the property that secures the claim: | $0.00 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | Notice | | | |

| **P.O. Box 982235** | **As of the date you file, the claim is:** Check all that apply. |
|---|---|
| **El Paso, TX 79998** | ☐ Contingent |
| Number, Street, City, State & Zip Code | ☐ Unliquidated |
| | ☐ Disputed |

| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
|---|---|
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |

Date debt was incurred _____    Last 4 digits of account number _____

| Debtor 1 | **Marcus A Little** | | Case number (if known) | **20-11291** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | **Shanyel Little** | | | |
| | First Name    Middle Name    Last Name | | | |

### 2.2 Canal View Service Corporation
Creditor's Name

**102 Larch Circle
Ste 302
Newport, DE 19804**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**604 WellFleet Drive Middletown, DE 19709  New Castle County
Market Value $427,071.00 minus 10% cost of sale = $384,363.90**

$2,584.74    $384,363.90    $2,584.74

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Homeowenr's Association**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

### 2.3 Citizens Bank
Creditor's Name

**Attention: ROP-15B
1 Citizens Drive
Riverside, RI 02940**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2016 Chevrolet Suburban 60000 miles**

$29,999.00    $23,494.00    $6,505.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Automobile**

**Date debt was incurred** **Opened 06/16  Last Active 10/29/19**    **Last 4 digits of account number** **4123**

| Debtor 1 | **Marcus A Little** | | | Case number (if known) | **20-11291** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Shanyel Little** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Citizens Bank** | Describe the property that secures the claim: | $25,719.00 | $11,777.00 | $13,942.00 |
|---|---|---|---|---|---|

Creditor's Name

**2016 Ram 1500 60000 miles**

**Attention: ROP-15B
1 Citizens Drive
Riverside, RI 02940**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Automobile**

Date debt was incurred    **Opened 06/16  Last Active 11/18/19**    Last 4 digits of account number    **1759**

| 2.5 | **City of Philadelphia** | Describe the property that secures the claim: | $665.11 | $45,203.40 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2924 Wishart Street Philadelphia, PA 19132  Philadelphia County Market Value $50,226.00 minus 10% cost of sale = $45,203.40**

**Tax Unit
Law Department
1401 John. F Kennedy BLVD., 5th Floor
Philadelphia, PA 19102**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    Last 4 digits of account number

| Debtor 1 | **Marcus A Little** | | Case number (if known) | **20-11291** |
| Debtor 2 | **Shanyel Little** | | | |

---

**2.6** **City of Philadelphia**
Creditor's Name

**Water Revenue Bureau
Law Department
1401 John. F Kennedy
BLVD., 5th Floor
Philadelphia, PA 19102**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2924 Wishart Street Philadelphia, PA 19132  Philadelphia County Market Value $50,226.00 minus 10% cost of sale = $45,203.40**

$638.00     $45,203.40     $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Utilities**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

**2.7** **City of Philadelphia**
Creditor's Name

**Water Revenue Bureau
Law Department
1401 John. F Kennedy
BLVD., 5th Floor
Philadelphia, PA 19102**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3059 Bambrey Street Philadelphia, PA 19132  Philadelphia County Market Value $47,082.00 minus 10% cost of sale = $42,373.80**

$2,054.00     $42,373.80     $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Utilities**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| Debtor 1 | **Marcus A Little** | | | Case number (if known) | **20-11291** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Shanyel Little** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.8 | **Gregory Funding** | Describe the property that secures the claim: | $39,000.00 | $42,373.80 | $405.20 |
|---|---|---|---|---|---|
| | Creditor's Name | **3059 Bambrey Street Philadelphia, PA 19132  Philadelphia County Market Value $47,082.00 minus 10% cost of sale = $42,373.80** | | | |

**PO Box 25430
Portland, OR 97298**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.9 | **Midland Mortgage Co** | Describe the property that secures the claim: | $391,777.00 | $384,363.90 | $7,413.10 |
|---|---|---|---|---|---|
| | Creditor's Name | **604 WellFleet Drive Middletown, DE 19709  New Castle County Market Value $427,071.00 minus 10% cost of sale = $384,363.90** | | | |

**Attn: Customer Service/Bankruptcy
Po Box 26648
Oklahoma City, OK 73216**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred **Opened 06/16  Last Active 12/31/19**    Last 4 digits of account number **9165**

| Debtor 1 | Marcus A Little | | Case number (if known) | 20-11291 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | Shanyel Little | | | |
| | First Name    Middle Name    Last Name | | | |

---

**2.10** **Pennsylvania Department of Revenue**
Creditor's Name

**110 N 8th St Ste 204b**
**Philadelphia, PA 19107**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**      $1,389.00      $45,203.40      $0.00

**2924 Wishart Street Philadelphia, PA 19132  Philadelphia County Market Value $50,226.00 minus 10% cost of sale = $45,203.40**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **State Tax Lien**

**Date debt was incurred**      **Last 4 digits of account number**    **1776**

---

**2.11** **Specialized Loan Servicing/SLS**
Creditor's Name

**Attn:  Bankruptcy Dept**
**8742 Lucent Blvd #300**
**Highlands Ranch, CO 80129**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**      $21,653.00      $118,314.00      $0.00

**3128 N Spangler Street Philadelphia, PA 19132  Philadelphia County Market Value = $131,460.00 minus 10$ cost of sale = $118,314.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

**Date debt was incurred**     **Opened 08/05  Last Active 10/31/19**     **Last 4 digits of account number**    **0317**

---

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Marcus A Little** | | | Case number (if known) | **20-11291** |
| | First Name    Middle Name    Last Name | | | | |
| Debtor 2 | **Shanyel Little** | | | | |
| | First Name    Middle Name    Last Name | | | | |

| 2.12 | **Water Revenue Bureau** | Describe the property that secures the claim: | $1,725.00 | $42,373.80 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **3059 Bambrey Street Philadelphia, PA 19132  Philadelphia County Market Value $47,082.00 minus 10% cost of sale = $42,373.80** | | | |
| | **1401 JFK Boulevard Philadelphia, PA 19102** | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt** | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Utilities** | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** _____ | | | |

| 2.13 | **Wells Fargo Dealer Services** | Describe the property that secures the claim: | $4,641.00 | $1,000.00 | $3,641.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2008 Buick Lacrosse 160000 miles** | | | |
| | **Po Box 10709 Raleigh, NC 27605** | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt** | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Automobile** | | | |
| | **Date debt was incurred** **Opened 06/16  Last Active 12/19** | **Last 4 digits of account number** **8448** | | | |

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | **$521,844.85** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | **$521,844.85** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.