IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MARCUS A. LITTLE and <br> SHANYEL LITTLE, <br><br> Debtors, <br><br> SPECIALIZED LOAN SERVICING, LLC. AS SERVICING AGENT FOR TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2019-SJ3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, <br><br> Movant, <br><br> v. <br><br> MARCUS A. LITTLE, SHANYEL LITTLE and WILLIAM C. MILLER, Trustee, <br><br> Respondents. | Bankruptcy No. 20-11291-mdc <br><br> Chapter 13 <br><br> Document No. <br><br><br> Hearing Date: August 25, 2020 <br> Time: 10:30 AM <br> Courtroom No. 3, 900 Market Street, <br> Philadelphia, PA 19107 <br><br> Response Deadline: August 10, 2020 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on the 27th day of July, 2020 I served a copy of the Motion for Relief from the Automatic Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

| | |
|---|---|
| Marcus A. Little <br> Shanyel Little <br> 604 Wellfleet Drive <br> Middletown, DE 19709 | Brad J. Sadek <br> Sadek and Cooper <br> 1315 Walnut Street <br> Suite 502 <br> Philadelphia, PA 19107 |
| William C. Miller <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Office of the United States Trustee <br> 200 Chestnut Street <br> Suite 502 <br> Philadelphia, PA 19106 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135