# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                               Chapter 13

                                               Bankruptcy No. 20-11291-MDC

MARCUS A LITTLE
SHANYEL LITTLE
604 WELLFLEET DRIVE

MIDDLETOWN, DE 19709-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARCUS A LITTLE
    SHANYEL LITTLE
    604 WELLFLEET DRIVE

    MIDDLETOWN, DE 19709-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                              /S/ William C. Miller

Date: 9/8/2020                                           _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee