IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARCUS A. LITTLE and<br>SHANYEL LITTLE, AKA GIBSON-LITTLE,<br>       Debtors,<br><br>SPECIALIZED LOAN SERVICING, LLC. AS SERVICING AGENT FOR TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2019-SJ3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,<br>       Movant,<br><br>   v.<br><br>MARCUS A. LITTLE,<br>SHANYEL LITTLE and WILLIAM C. MILLER, Trustee,<br>       Respondents. | Bankruptcy No. 20-11291-mdc<br><br>Chapter 13<br><br>Document No. 31, 34 |

## ORDER OF COURT

AND NOW, this 10th day of ____September____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge