United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Marcus A Little
Shanyel Little
    Debtors

Case No. 20-11291-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Sep 11, 2020
                            Form ID: pdf900   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
```
db/jdb         +Marcus A Little,    Shanyel Little,    3128 N. Spangler Street,    Philadelphia, PA 19132-1032
db             +Marcus A. Little,    MAILING ADDRESS,    604 Wellfleet Drive,    Middletown, DE 19709-9231
jdb            +Shanyel Little,    MAILING ADDRESS,    604 Wellfleet Drive,    New Castle, DE 19709-9231
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Marcus A. Little brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Marcus A Little brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Shanyel  Little brad@sadeklaw.com,    bradsadek@gmail.com
              KARINA   VELTER    on behalf of Creditor   Ajax Mortgage Loan Trust amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC. As Servicing Agent for
               Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ3, U.S. Bank National
               Association, as Indenture Trustee kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    Ajax Mortgage Loan Trust amps@manleydeas.com,
               acs2@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-11291-mdc |
| MARCUS A. LITTLE and SHANYEL LITTLE, AKA GIBSON-LITTLE, | Chapter 13 |
| Debtors, | Document No. 31, 34 |
| SPECIALIZED LOAN SERVICING, LLC. AS SERVICING AGENT FOR TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2019-SJ3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, Movant, v. MARCUS A. LITTLE, SHANYEL LITTLE and WILLIAM C. MILLER, Trustee, Respondents. | |

## ORDER OF COURT

AND NOW, this 10th day of September, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge