IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                         :
                                              :         Chapter 13
      MARCUS A. LITTLE &                      :
      SHANYEL LITTLE,                         :
                                              :         Bankruptcy No. 20-11291 (MDC)
                          Debtor.             :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #37 filed by the City of Philadelphia on August 27, 2020.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: October 16, 2020        By:   */s/ Pamela Elchert Thurmond*
        PAMELA ELCHERT THURMOND
        Deputy City Solicitor
        PA Attorney I.D. 202054
        City of Philadelphia Law Department
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0508 (phone)
        215-686-0588 (facsimile)
        Email: Pamela.Thurmond@phila.gov