## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-11291** |
| **Shanyel Little** | : | **Chapter 13** |
| **Shanyel Little AKA Gibson-Little** | : | **Judge Magdeline D. Coleman** |
| **Marcus A Little** | : | * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Ajax Mortgage Loan Trust 2019-E,** | : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** | : | **Place of Hearing** |
| **2019-E, by U.S. Bank National** | : | **December 8, 2020 at 10:30 a.m.** |
| **Association, as Indenture Trustee** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Shanyel Little** | : | |
| **Shanyel Little AKA Gibson-Little** | | |
| **Marcus A. Little** | | |
| **Marcus A Little** | | |
| | | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 28, 2020, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

20-010440_BEW1

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on December 8, 2020 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  November 13, 2020

20-010440_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-11291** |
| **Shanyel Little** | : | **Chapter 13** |
| **Shanyel Little AKA Gibson-Little** | : | **Judge Magdeline D. Coleman** |
| **Marcus A Little** | : | * * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Ajax Mortgage Loan Trust 2019-E,** | : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** | : | **Place of Hearing** |
| **2019-E, by U.S. Bank National** | : | **December 8, 2020 at 10:30 a.m.** |
| **Association, as Indenture Trustee** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| **vs** | : | **900 Market Street, Courtroom #2** |
| | : | **Philadelphia, PA, 19107** |
| **Shanyel Little** | : | |
| **Shanyel Little AKA Gibson-Little** | | |
| **Marcus A. Little** | | |
| **Marcus A Little** | | |

**William C. Miller, Esq.**
                    **Respondents.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

  Brad J. Sadek, Attorney for Shanyel Little and Shanyel Little AKA Gibson-Little and Marcus A. Little and Marcus A Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on November 13, 2020:

20-010440_BEW1

Shanyel Little and Marcus A. Little, MAILING ADDRESS, 604 Wellfleet Drive, New Castle, DE  19709

Shanyel Little AKA  Gibson-Little and Marcus A Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Shanyel Little and Marcus A. Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE  19709

Shanyel Little AKA  Gibson-Little and Marcus A Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Shanyel Little, Shanyel Little AKA  Gibson-Little, Marcus A. Little and Marcus A Little, 3059 N Bambrey St, Philadelphia, PA  19132-1302

City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA  19102

Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA  19102

DATE: November 13, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010440_BEW1