**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-11291** |
| **Marcus A Little** | : | **Chapter 13** |
| **Marcus A. Little** | : | **Judge Magdeline D. Coleman** |
| **Shanyel Little aka Gibson-Little** | : | * * * * * * * * * * * * * * * * * * * |
| **Shanyel Little** | : | |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Ajax Mortgage Loan Trust 2019-E,** | : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** | : | **Place of Hearing** |
| **2019-E, by U.S. Bank National** | : | **December 8, 2020 at 10:30 a.m.** |
| **Association, as Indenture Trustee** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| **vs** | : | **900 Market Street, Courtroom #2** |
| | : | **Philadelphia, PA, 19107** |
| **Marcus A Little** | : | |
| **Marcus A. Little** | | |
| **Shanyel Little aka Gibson-Little** | | |
| **Shanyel Little** | | |
| | | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT AJAX**
**MORTGAGE LOAN TRUST 2019-E, MORTGAGE-BACKED SECURITIES, SERIES**
**2019-E, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE TO**
**FORECLOSE ON 3059 N BAMBREY ST, PHILADELPHIA, PA 19132-1302**
**(DOCUMENT NO. 57)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on November 13, 2020 at Document No. 57 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 28, 2020.

20-010440_BEW1

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010440_BEW1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-11291** |
| **Marcus A Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| **Shanyel Little aka Gibson-Little** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Shanyel Little** | |
| | |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2019-E,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | **Place of Hearing** |
| **2019-E, by U.S. Bank National** : | **December 8, 2020 at 10:30 a.m.** |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| **vs** : | **900 Market Street, Courtroom #2** |
| : | **Philadelphia, PA, 19107** |
| **Marcus A Little** : | |
| **Marcus A. Little** | |
| **Shanyel Little aka Gibson-Little** | |
| **Shanyel Little** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30-day waiver with the Court to permit Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee to foreclose on 3059 N Bambrey St, Philadelphia, PA 19132-1302 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

20-010440_BEW1

Brad J. Sadek, Attorney for Marcus A Little and Marcus A. Little and Shanyel Little aka Gibson-Little and Shanyel Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on  December 3    , 2020:

Marcus A Little and Shanyel Little aka Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE  19709

Marcus A Little and Shanyel Little aka Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, New Castle, DE  19709

Marcus A Little, Marcus A. Little, Shanyel Little aka Gibson-Little and Shanyel Little, 3059 N Bambrey St, Philadelphia, PA  19132-1302

City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA  19102

Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA  19102

DATE: December 3, 2020

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010440_BEW1