**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 20-11291** |
| **Marcus A Little** | : **Chapter 13** |
| **Marcus A. Little** | : **Judge Magdeline D. Coleman** |
| **Shanyel Little aka Gibson-Little** | : * * * * * * * * * * * * * * * * * * * |
| **Shanyel Little** | |
| **Debtor(s)** | |
| | : |
| **Ajax Mortgage Loan Trust 2019-E,** | : **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** | : **Place of Hearing** |
| **2019-E, by U.S. Bank National** | : **December 8, 2020 at 10:30 a.m.** |
| **Association, as Indenture Trustee** | _: |
| **Movant,** | : **U.S. Bankruptcy Court** |
| **vs** | : **900 Market Street, Courtroom #2** |
| | : **Philadelphia, PA, 19107** |
| **Marcus A Little** | : |
| **Marcus A. Little** | |
| **Shanyel Little aka Gibson-Little** | |
| **Shanyel Little** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

**ORDER OF COURT**

AND NOW, this 13th day of December, 2020, upon consideration of the Motion for Relief from the Automatic Stay filed by Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 3059 N Bambrey St, Philadelphia, PA 19132-1302 and more particularly described in the Mortgage, recorded March 29, 2007, at Instrument Number 51659720.

**IT IS FURTHER ORDERED** that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, this order is effective immediately.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT:

20-010440_BEW1

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE