IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MARCUS A LITTLE and <br> SHANYEL LITTLE, <br><br> Debtors, <br><br> SPECIALIZED LOAN SERVICING, LLC. AS SERVICING AGENT FOR TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2019-SJ3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, <br><br> Movant, <br> v. <br><br> MARCUS A LITTLE, <br> SHANYELLITTLE and <br> WILLIAM C. MILLER, Trustee, <br><br> Respondents. | Bankruptcy No. 20-11291-mdc <br><br> Chapter 13 <br><br> Related to Doc. No. 26 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED MAY 20, 2020

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of Chapter 13 Plan* (the "Objection"), filed on May 20, 2020, at Document No. 26. The Debtor's *Second Amended Chapter 13 Plan* filed on November 27, 2020, at Document No. 59 cures the Objection.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 – Gulf Tower
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Specialized Loan Servicing, LLC. As Servicing Agent for Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ3, U.S. Bank National Association, as Indenture Trustee*

Dated: December 15, 2020