United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marcus A Little  
Shanyel Little  
    Debtor(s)

Case No. 20-11291-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus A Little, 3128 N. Spangler Street, Philadelphia, PA 19132-1032 |
| db | + | Marcus A. Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE 19709-9231 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

**Name**      **Email Address**

BRAD J. SADEK  
     on behalf of Debtor Marcus A. Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK  
     on behalf of Debtor Marcus A Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK  
     on behalf of Joint Debtor Shanyel Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

KARINA VELTER  
     on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com

KARINA VELTER  
     on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

KERI P EBECK
    on behalf of Creditor Specialized Loan Servicing  LLC. As Servicing Agent for Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ3, U.S. Bank National Association, as Indenture Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com  acs2@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11291 |
| Marcus A Little | : Chapter 13 |
| Marcus A. Little | : Judge Magdeline D. Coleman |
| Shanyel Little aka Gibson-Little | : * * * * * * * * * * * * * * * * * * |
| Shanyel Little | |
| **Debtor(s)** | |
| | : |
| Ajax Mortgage Loan Trust 2019-E, | : Date and Time of Hearing |
| Mortgage-Backed Securities, Series | : Place of Hearing |
| 2019-E, by U.S. Bank National | : **December 8, 2020 at 10:30 a.m.** |
| Association, as Indenture Trustee | _: |
| Movant, | : U.S. Bankruptcy Court |
| vs | : 900 Market Street, Courtroom #2 |
| | : Philadelphia, PA, 19107 |
| Marcus A Little | : |
| Marcus A. Little | |
| Shanyel Little aka Gibson-Little | |
| Shanyel Little | |
| | |
| William C. Miller, Esq. | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this 13th day of December, 2020, upon consideration of the Motion for Relief from the Automatic Stay filed by Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 3059 N Bambrey St, Philadelphia, PA 19132-1302 and more particularly described in the Mortgage, recorded March 29, 2007, at Instrument Number 51659720.

**IT IS FURTHER ORDERED** that Creditor may take all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that the Fed.R.Bankr.P. 4001(a)(3) is waived, this order is effective immediately.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT:

20-010440_BEW1

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE