UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Marcus A. Little | : | Chapter 13 |
|    Shanyel I. Little | : | |
| | : | |
|    Debtor | : | Case No.: 20-11291-mdc |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion to Reconsider the December 13, 2020 Order Modifying the Automatic Stay was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee

**Karina Velter, Esquire**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**Ajax Mortgage Loan Trust**
c/o Gregory Funding LLC
PO Box 25430
Portland, OR 97298

**Nationstar Mortgage LLC d/b/a Mr. Cooper**
P.O. Box 619096
Dallas, TX 75261-9741

**MidFirst Bank**
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

**City of Philadelphia Law Department**
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Pennsylvania Department of Revenue**
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

**U.S. Bank National Association Trustee (See 410)**
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Respectfully submitted,

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Dated: January 6, 2021