# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Marcus A. Little | : | |
| Shanyel Little | : | Bankruptcy Case No.: 20-11291-MDC |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the <u>Motion to Reconsider Order Modifying Automatic Stay and Notice of Motion</u>  filed at Docket Entries #<u>71</u> & #<u>72.</u>

DATED: 2/2/2021            BY:   */s/ Brad J. Sadek*

Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Attorney for Debtors