United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11291-mdc |
| Marcus A Little | Chapter 13 |
| Shanyel Little | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcus A Little, Shanyel Little, 3128 N. Spangler Street, Philadelphia, PA 19132-1032 |
| db | + | Marcus A. Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| jdb | + | Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, New Castle, DE 19709-9231 |
| cr | + | Towd Point Mortgage Trust 2019-SJ3, U.S. Bank Nati, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14476247 | + | Acima Credit, 9815 Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14499831 | + | Ajax Mortgage Loan Trust, c/o Gregory Funding LLC, PO Box 25430, Portland, OR 97298-0430 |
| 14492645 | | Ajax Mortgage Loan Trust, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14493106 | | Ajax Mortgage Loan Trust 2019-E, c/o Karina Velter, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14476249 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14476248 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14513565 | + | Canal View Service Corp., c/o EJ Fornias Esq., 615 W. 18th Street, Wilmington, DE 19802-4707 |
| 14476250 | + | Canal View Service Corporation, 102 Larch Circle, Suite 302, Wilmington, DE 19804-2371 |
| 14476252 | + | Christiana Care, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14476253 | + | Citibank / Sears, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14476254 | + | Citibank / The Home Depot, Centralized Bankruptcy Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14501886 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14476257 | + | City Of Philadelphia, Parking Violation Branch, PO Box 56048, Philadelphia, PA 19130-6048 |
| 14533134 | + | City of Philadelphia and/or, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |
| 14476260 | + | Delmarva Power, 1624 Jessup St, Wilmington, Wilmington, DE 19802-4210 |
| 14502182 | + | Delmarva Power Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 14476261 | + | Dr. Julianne Wyman, 236 South Bridge Street, Elkton, MD 21921-5915 |
| 14476262 | + | Gregory Funding, PO Box 25430, Portland, OR 97298-0430 |
| 14493859 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14501851 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14494289 | + | Midfirst Bank, c/o Rebecca A. Solarz, Esq., 701 Market St., Ste 5000, Phila PA 19106-1541 |
| 14476264 | + | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14500343 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14481349 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14482057 | + | Nationstar Mortgage LLc, dba Mr. Cooper, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14476265 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14476266 | + | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14492142 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14476267 | + | Roxborough Memorial Hospital, PO Box 1280, Oaks, PA 19456-1280 |
| 14476269 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 14557505 | + | Towd Point Mortgage Trust Asset, Backed Securities, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14499382 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14493288 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14494624 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14494856 | | Wells Fargo Bank, N.A., dba Wells Fargo Auto, c/o Karina Velter, Esq., P.O. Box 165028, Columbus, OH 43216-5028 |
| 14495949 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14476273 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 14476274 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| | | |
|---|---|---|
| 14476275 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 20 2021 03:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14476246 | + | Email/Text: bankruptcy@rentacenter.com | Feb 20 2021 03:34:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14476255 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 20 2021 03:33:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14489002 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 20 2021 03:33:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14476256 | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14532105 | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14518946 | | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14490415 | + | Email/Text: documentfiling@lciinc.com | Feb 20 2021 03:33:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14491543 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 20 2021 03:49:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14476253 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2021 03:48:56 | Citibank / Sears, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14476254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2021 03:43:28 | Citibank / The Home Depot, Centralized Bankruptcy Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14501886 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2021 03:50:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14476258 | + | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102-1663 |
| 14476259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2021 03:33:00 | Comenity Bank / Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14476263 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2021 03:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14495169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2021 03:48:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14524731 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 20-11291-mdc    Doc 84    Filed 02/21/21    Entered 02/22/21 00:45:59    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | | Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14476268 | + | Email/Text: bankruptcy@sw-credit.com | Feb 20 2021 03:34:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14501723 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 20 2021 03:48:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14476270 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 20 2021 03:48:46 | Synchrony Bank / Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14476271 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 20 2021 03:34:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 14476272 | + | Email/Text: megan.harper@phila.gov | Feb 20 2021 03:34:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14476276 | + | Email/Text: documentfiling@lciinc.com | Feb 20 2021 03:33:00 | Xfinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14476251 | | Capital One Bank Usa N |
| 14479078 | | Capital One Bank Usa N |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14479073 | *+ | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14479074 | *+ | Acima Credit, 9815 Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14492646 | * | Ajax Mortgage Loan Trust, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14479076 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14479075 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14479082 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14479083 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14479077 | *+ | Canal View Service Corporation, 102 Larch Circle, Suite 302, Wilmington, DE 19804-2371 |
| 14479079 | *+ | Christiana Care, 301 Lacey Street, West Chester, PA 19382-3727 |
| 14479080 | *+ | Citibank / Sears, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14479081 | *+ | Citibank / The Home Depot, Centralized Bankruptcy Dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14479084 | *+ | City Of Philadelphia, Parking Violation Branch, PO Box 56048, Philadelphia, PA 19130-6048 |
| 14479085 | *+ | City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102-1663 |
| 14479086 | *+ | Comenity Bank / Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14479087 | *+ | Delmarva Power, 1624 Jessup St, Wilmington, Wilmington, DE 19802-4210 |
| 14479088 | *+ | Dr. Julianne Wyman, 236 South Bridge Street, Elkton, MD 21921-5915 |
| 14479089 | *+ | Gregory Funding, PO Box 25430, Portland, OR 97298-0430 |
| 14479090 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14479091 | *+ | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14479092 | * | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14479093 | *+ | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14479094 | *+ | Roxborough Memorial Hospital, PO Box 1280, Oaks, PA 19456-1280 |
| 14479095 | *+ | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14479096 | *+ | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 14479097 | *+ | Synchrony Bank / Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14479098 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 14527521 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14479099 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14479100 | *+ | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 14479101 | *+ | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Feb 19, 2021 Form ID: pdf900 Total Noticed: 65

| | | |
|---|---|---|
| 14479102 | *+ | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 14479103 | *+ | Xfinity, 676 Island Pond Road, Manchester, NH 03109-5420 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Shanyel Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Marcus A. Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Marcus A Little brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC. As Servicing Agent for Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ3, U.S. Bank National Association, as Indenture Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank N.A. npaul@weltman.com, pitecf@weltman.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Ajax Mortgage Loan Trust amps@manleydeas.com acs2@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
RN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Marcus A Little** | : | |
| **Shanyel Little** | : | |
| **Debtor(s)** | : | Bankruptcy No. 20-11291-MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:   February 18, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE