**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Marcus A Little** | : | Case No.: 20-11291 |
| **Shanyel Little AKA Gibson-Little** | : | Chapter 13 |
| **Shanyel Little** | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

20-010440_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 20-11291 |
| **Marcus A Little** | : **Chapter 13** |
| **Shanyel Little AKA Gibson-Little** | : **Judge Magdeline D. Coleman** |
| **Shanyel Little** | : * * * * * * * * * * * * * * * * * * * |
| | |
| **Debtor(s)** | |
| | : |
| **Ajax Mortgage Loan Trust 2019-E,** | : **Related Document #** |
| **Mortgage-Backed Securities, Series** | : |
| **2019-E, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : |
| | : |
| vs | : |
| | : |
| **Marcus A Little** | : |
| **Marcus A. Little** | |
| **Shanyel Little AKA Gibson-Little** | |
| **Shanyel Little** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Marcus A Little and Marcus A. Little and Shanyel Little AKA Gibson-Little and Shanyel Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

20-010440_PS

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA 19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, Middletown, DE 19709

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA 19132

Marcus A. Little and Shanyel Little, MAILING ADDRESS, 604 Wellfleet Drive, New Castle, DE 19709

Marcus A Little, Marcus A. Little, Shanyel Little AKA Gibson-Little and Shanyel Little, 3059 N Bambrey St, Philadelphia, PA 19132-1302

City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102

Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102


DATE: March 10, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-010440_PS