UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Marcus A. Little | : | Case No.: 20-11291-MDC |
| Shanyel Little | : | |
| Debtor(s) | : | Chapter 13 |

## AMENDED CERTIFICATE OF NO RESPONSE

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: March 15, 2021                                   /s/ Brad J. Sadek, Esquire
                                                                        Brad J. Sadek, Esquire
                                                                        Sadek and Cooper Law Offices, LLC
                                                                        1315 Walnut Street, Suite 502
                                                                        Philadelphia, Pa 19107
                                                                        215-545-0008