**Fill in this information to identify the case**

**Debtor 1** Marcus A Little

**Debtor 2** Shanyel Little AKA Gibson-Little
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** __EASTERN__ **District of** __PA__
                                                                                                  **(State)**

**Case number** 20-11291

## Official Form 410S1
## Notice of Mortgage Payment Change             12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor** | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee | **Court claim no.** (if known)   11 |
| **Last four digits** of any number you use to identify the debtor's account: | 7-584 | **Date of payment change**<br>Must be at least 21 days after date of this notice   1/25/2021<br><br>**New total payment:**<br>Principal, interest, and escrow, if any   $365.15 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____       New escrow payment:  $_____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: __3.49__%   New interest rate: __3.49__%

   Current principal and interest payment: $__362.76__   New principal and interest payment: $__365.15__

### Part 3: Other Payment Change

20-010440_JDD1

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment:  $_____     New mortgage payment:  $_____

20-010440_JDD1

Debtor 1 ___Marcus A Little___     Case number (if known) 20-11291
         First Name  Middle Name  Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Karina Velter                               Date  December 11, 2020
   Signature

Print:    Karina Velter                            Title  Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
          Number      Street

          Columbus, OH  43216-5028
          City        State      ZIP Code

Contact phone  614-220-5611                        Email  amps@manleydeas.com

20-010440_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-11291 |
| **Marcus A Little** | : **Chapter 13** |
| **Shanyel Little AKA Gibson-Little** | : **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Marcus A Little, Shanyel Little AKA Gibson-Little, and Shanyel Little, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  11 , 2020:

Marcus A Little and Shanyel Little AKA Gibson-Little, 3128 N. Spangler Street, Philadelphia, PA  19132

Shanyel Little, 604 Wellfleet Drive, New Castle, DE  19709

Marcus A Little, Shanyel Little AKA Gibson-Little and Shanyel Little, 3059 N Bambrey St, Philadelphia, PA  19132-1302


DATE: December 11, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

20-010440_JDD1

Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-010440_JDD1

**GREGORY FUNDING**
PO BOX 25430
Portland, OR 97298

| | |
|---|---|
| www.GregoryFunding.com | |
| Contact: 866-712-5698 | |
| Hours of Operation Monday – Friday | |
| 6:30am - 6:00pm Pacific Time | |
| Payment Address: Gregory Funding | |
| PO Box 742334 | |
| Los Angeles, CA 90074-2334 | |
| Fax: 866-712-5697 | |

Marcus Little
604 Wellfleet Dr
Middletown, DE 19709-9231

12/01/2020



### Changes to Your Mortgage Interest Rate and Payments on 01/25/2021

Under the term of your Adjustable-Rate Mortgage (ARM), you had a **1-month** period which your interest rate stayed the same. That period ends on **12/25/2020**, so on that date your interest rate and mortgage payment change. After that, your rate may change every **1** months(s) for the rest of your loan term.

| | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.490% | 3.490% |
| **Total Monthly Payment** | $362.76 | $365.15 (due 01/25/2021) |

**Interest Rate**: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the **WSJ Prime Rate** and your margin is **0.240%**. The **WSJ Prime Rate** is published **daily** in the **Wall Street Journal**.

**Rate Limits**: Your rate cannot go higher than **18.000%** over the life of the loan.

**New Interest Rate and Monthly Payments**: The table above shows your new interest rate and new monthly payment. Your new payment is based on the **WSJ Prime Rate,** your margin, your loan balance of **$32,245.73 (which is your Principal balance stated under the assumption that all installments which have come due have been paid)**, and your remaining loan term of **133** months.

The following disclosure may materially affect the meaning of this notice:
If your loan is not current, the new rate and/or payment will become effective only after all past due payments are made. In addition, pending Escrow payment changes may not be reflected in the above payment amount. You should contact Customer Service at (866) 712-5698 if you have any questions about when this change will be effective. This Notice reflects the terms of your note. It is not a modification or an offer of a modification.

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.